B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **June G Thompson**   ,   Case No. **09-40779**
Debtor

Chapter   **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 101,309.00 | | |
| B - Personal Property | Yes | 4 | 91,888.61 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 10,225.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 7,512.30 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 181,634.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,138.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,160.85 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 193,197.61 | | |
| | | Total Liabilities | | 199,372.16 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re **June G Thompson**, Debtor

Case No. **09-40779**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **June G Thompson**, Case No. **09-40779**
Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House on .39 acres**<br>**Location: 5860 US 221S Hwy**<br>**House in poor condition; completely gutted due to fire 6 years ago; has sat empty since that time** | **Fee simple** | - | 10,000.00 | 0.00 |
| **Home on 1.83 acres**<br>**Location: 2700 Ruppe Road, Mooresboro NC**<br>**Debtor owns 50% interest** | **Tenant in Common** | - | 75,988.50 | 0.00 |
| **3.386 acres located on Wood Road, adjacent to residence** | **Tenancy by the Entirety** | - | 8,342.50 | 0.00 |
| **Building on .970 acres**<br>**Location: 2937 Wood Road, Mooresboro, NC 28114** | **Tenancy by the Entirety** | - | 6,978.00 | 10,225.00 |

|  | Sub-Total > | **101,309.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **101,309.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **June G Thompson**, Case No. **09-40779**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| House on .39 acres<br>Location: 5860 US 221S Hwy<br>House in poor condition; completely gutted due to fire 6 years ago; has sat empty since that time | N.C. Gen. Stat. § 1C-1601(a)(2) | 1,954.36 | 10,000.00 |
| Home on 1.83 acres<br>Location: 2700 Ruppe Road, Mooresboro NC<br>Debtor owns 50% interest | N.C. Gen. Stat. § 1C-1601(a)(1) | 13,500.00 | 151,977.00 |
| 3.386 acres located on Wood Road, adjacent to residence | 11 USC § 522(b)(3)(B) | 8,342.50 | 16,685.00 |
| Building on .970 acres<br>Location: 2937 Wood Road, Mooresboro, NC 28114 | 11 USC § 522(b)(3)(B) | 1,865.50 | 13,956.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| First National Bank checking account | N.C. Gen. Stat. § 1C-1601(a)(2) | 38.14 | 38.14 |
| Arthur State Bank checking account<br>Owned jointly with husband | N.C. Gen. Stat. § 1C-1601(a)(2) | 7.50 | 15.00 |
| **Household Goods and Furnishings** | | | |
| Towels, glasses, silverware, pots & pans, coffee pot, mixer, bowls, kitchen table w/ 6 chairs, bar stools, hutch, chairs, couch, love seat, end tables, coffee table, pictures, candle holder, T.V., queen size bed, king size bed, full size bed, dresser (3), night stands (5), chest of drawers (3), clocks, piano, desk, computer, lamps, linens, washer and dryer<br>Location: 2700 Ruppe Road, Mooresboro NC | N.C. Gen. Stat. § 1C-1601(a)(4) | 750.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| Clothing: 1 adult female<br>Location: 2700 Ruppe Road, Mooresboro NC | N.C. Gen. Stat. § 1C-1601(a)(4) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA serviced through American National Insurance Company | N.C. Gen. Stat. § 1C-1601(a)(9) | 29,826.12 | 29,826.12 |
| Roth IRA serviced through North American Company | N.C. Gen. Stat. § 1C-1601(a)(9) | 51,022.06 | 51,022.06 |
| **Stock and Interests in Businesses** | | | |
| Ameriprise Financial Services, Inc. account<br>Beneficiary: Ronald Thompson | N.C. Gen. Stat. § 1C-1601(a)(2) | 3,000.00 | 3,057.29 |
| | Total: | 110,506.18 | 278,276.61 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6F (Official Form 6F) (12/07)

In re **June G Thompson**, Case No. **09-40779**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4556** <br><br> **Advanta Bank Corp.** <br> **Attention: Disputes** <br> **P.O. Box 30715** <br> **Salt Lake City, UT 84130-0715** | X | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 22,064.40 |
| Account No. <br><br> **Atlantic Construction Fabrics** <br> **P.O. Box 758763** <br> **Baltimore, MD 21275-8763** | X | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 10,848.87 |
| Account No. **0259** <br><br> **Bank of America** <br> **P.O. Box 15026** <br> **Wilmington, DE 19850-5026** | | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 4,551.00 |
| Account No. **7073** <br><br> **Chase** <br> **Cardmember Service** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 19,118.00 |

__2__ continuation sheets attached

Subtotal (Total of this page)　　56,582.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　S/N:32974-091203　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **June G Thompson**, Case No. **09-40779**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5181**<br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | - | **Unknown but listed on credit report - Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 14,287.00 |
| Account No. **7655**<br>**FMC - Omaha Service Center**<br>**P.O. Box 54200**<br>**Omaha, NE 68154-8000** | | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 50,000.00 |
| Account No. **7655**<br>**FMC - Omaha Service Center**<br>**P.O. Box 54200**<br>**Omaha, NE 68154-8000** | | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 50,000.00 |
| Account No.<br>**Hanes Companies, Inc**<br>**c/o Higgins Benjamin Eagles & Adams, LLC**<br>**P.O. Box 20570**<br>**Greensboro, NC 27420-0570** | X | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 7,058.08 |
| Account No. **7738**<br>**Lane Bryant Retail**<br>**P.O. Box 18121**<br>**Columbus, OH 43218-0121** | | - | **Credit card** | | | X | **Unknown** |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **121,345.08**

B6F (Official Form 6F) (12/07) - Cont.

In re **June G Thompson**, Case No. **09-40779**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9214** <br><br> **Lowes** <br> **GE Money Bank** <br> **Attn: Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | X | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 2,050.51 |
| Account No. **7858** <br><br> **Sears Gold MasterCard** <br> **P.O. Box 6922** <br> **The Lakes, NV 88901-6922** | | - | **Business debt - debtor is not sure whether or not this loan was guranteed by her** | | | X | 1,657.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,707.51**

Total (Report on Summary of Schedules) **181,634.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy