

SUN-5090-019-PF-4 Use 09-40779
U.S. Bankruptcy Court
401 West Trade St.
Room 111
Charlotte, NC 28202

011271 11271 1 AT 0.354 68154 9 3 6410-1-11271

FMC - Omaha Service Center
P.O. Box 54200
Omaha, NE 68154-8000

## Electronic Bankruptcy Noticing

### Go Green!
Sign up for electronic notices. FREE!

Join the thousands of people who have already switched.

Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
**http://EBN.uscourts.gov**



**UNITED STATES BANKRUPTCY COURT**
Western District of North Carolina
Shelby Division

Case No. 09-40779
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
June G Thompson
2700 Ruppe Road
Mooresboro, NC 28114
Social Security No.: xxx-xx-7922

---

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: January 8, 2010                    BY THE COURT

                                          George R. Hodges
                                          United States Bankruptcy Judge

Electronically filed and signed (1/8/10)

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

011271                        5090401128 2017