PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

RECEIVED
U.S. Bankruptcy Court
Western District of NC

JAN 1 9 2010

David E. Welch, Clerk
Charlotte Division
EA

NIXIE    601    DE 1          00    01/16/10
                                    2ACS

            RETURN TO SENDER
            NO SUCH NUMBER
            UNABLE TO FORWARD

BC: 28202161936    *0995-01974-16-28

28202@1619

OFFICIAL BUSINESS
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

SUN-5000-...-9 09-40779
U.S. Bankruptcy Court
401 West Trade St.
Room 111
Charlotte, NC 28202

011271 11271 1 AT 0.354 68154 9 3 6410-1-11271

FMC - Omaha Service Center
P.O. Box 54200
Omaha, NE 68154-8000

## Electronic Bankruptcy Noticing

### Go Green!
Sign up for electronic notices. FREE!

Join the thousands of people who have already switched.

Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
### http://EBN.uscourts.gov

01121    50 04011282026



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 09-40779
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
June G Thompson
2700 Ruppe Road
Mooresboro, NC 28114
Social Security No.: xxx-xx-7922

---

# ORDER RESCINDING ORDER OF DISCHARGE

THIS MATTER coming on to be considered by the undersigned United States Bankruptcy Judge, and it appearing to the Court that a Discharge Order was entered on January 8, 2010.

IT FURTHER APPEARING to the Court that this Discharge Order should be rescinded immediately;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Discharge Order entered January 8, 2010 shall be and hereby is rescinded.

Dated: January 8, 2010

BY THE COURT

George R. Hodges
United States Bankruptcy Judge

Electronically filed and signed (1/8/10)

0112-1

50904011282026